# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| JAMES PETERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV606-052 |
| HUGH SMITH and JOHN W. PAUL, | ) ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a motion to compel. Doc. 40. For the following reasons, plaintiff's motion is DENIED.

From what the Court can decipher from plaintiff's motion, he is dissatisfied with defendants' answers to various interrogatories. Doc. 40. Plaintiff claims that defendants were "vague" when answering questions regarding their connection with and responsibilities pursuant to certain policies. Id. After a review of defendants' answers to plaintiff's interrogatories, it appears that defendants objected to many of plaintiff's interrogatories based on their inability to understand plaintiff's requests. See Doc. 40 (interrogatories 5, 10, 15, 16, 17, 20). While plaintiff seems

dissatisfied with the answers that defendants have provided, he has merely listed the interrogatories and defendants' allegedly deficient answers. Besides his general contention that certain answers are "vague," plaintiff has not specifically stated why defendants' answers are insufficient. Id. As such, plaintiff has failed to comply with Local Rule 26.5, which provides that "[d]iscovery motions . . . and objections relating to discovery shall . . . include the specific ground for the motion or objection." Furthermore, plaintiff has failed to certify that he has made a good faith effort to resolve the discovery dispute before filing his motion to compel, as required by Federal Rule of Civil Procedure 37(a)(2)(B).

Because plaintiff has failed to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court, his motion to compel is DENIED.

SO ORDERED this 30th day of April, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA