# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
11:00 A.M
Nov 28 2007
Deputy Clerk

| | |
|---|---|
| JAMES PETERSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV606-052 |
| HUGH SMITH and JOHN PAUL, | ) |
| Defendants. | ) |

## **ORDER**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28th day of November, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA